UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

XIANGYUAN ZHU,
      Plaintiff,
vs.                                      Civil Action No. 06-0454(ESH)

UNITED STATES OF AMERICA,
      Defendant

## NOTICE OF APPEAL

Notice is hereby given this 8th day of April, 2006, that plaintiff Xiangyuan Zhu hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion of this Court entered on 24th day of February, 2006 dismissed this action for lack of subject matter jurisdiction; and Dismissal Order of this Court entered on 24th day of February, 2006 dismissed this action with prejudice.

Signature _____

Name of *Pro Se* Litigant (PRINT): Xiangyuan Zhu
Address 1118 SW Western Ave., APT 4
Topeka, Kansas, 66604

**CLERK** Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Clerk, U.S. Court of Appeals
for the D.C. Circuit
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

Hon. U.S. Attorney for the District of Columbia
United States Attorney's Office
555 4th St., N.W., Civil Division
Washington, D.C. 20530

**RECEIVED**
APR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing to be served this 8th Day of April, 2006 by first class mail upon the following:

Hon. U.S. Attorney for the District of Columbia
United States Attorney's Office
555 4th St., N.W., Civil Division
Washington, D.C. 20530

_____
Xiangyuan Zhu, Ph.D.

2